DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARC SAVOY,**
Appellant,

v.

**LARRY LAKE & ASSOCIATES, INC.,**
Appellee.

No. 4D19-3816

[January 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2016CA005588MB.

Mariano Gonzalez and Leonardo G. Renaud of the Law Offices of Gonzalez & Associates, P.A., Miramar, for appellant.

Bryan W. Black and Shirley Jean McEachern of Derrevere Stevens Black & Cozad, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***